08 - 00448 MJJ

United States District Court
Northern District of California

Jonathan Lee Riches©,                     Case No.
Plaintiff                                          MJ 50

v.

Rick Egusquiza d/b/a National Enquirer Reporter,
Alexander Hitchen,
Defendants

Complaint

42 USC 1983 / Endangerment / Material Support of Abuse / I'm seeking a restraining order from Defendants harassing me. They are sleet and support my illegal incarceration and told Administration to lock me in a room for 24 hours a day. I seek $13 million for my civil rights violat[ion]

Respectfully
Submitted
Jonathan Lee Riches©